COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




RICHARD GOMEZ,


 Appellant,


v.



THE OFFICE OF THE ATTORNEY
GENERAL OF TEXAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00294-CV



Appeal from the


383rd Judicial District Court


of El Paso County, Texas 


(TC# 2002CM7903)



MEMORANDUM OPINION


 Richard Gomez attempts to appeal from the trial court's ruling holding him in contempt
of court, and sentencing him to 90 days imprisonment. Finding that the trial court has not
entered a final, appealable order in this case, we dismiss the appeal for lack of jurisdiction.

 The trial court held Mr. Gomez in contempt on September 23, 2008. Mr. Gomez filed a
notice of appeal on October 2, 2008. There is no record that a final, appealable order has been
entered by the trial court.

 Appellate courts generally have jurisdiction over final judgments, and such interlocutory
orders as the Legislature deems appealable. See Tex.Civ.Prac.&Rem.Code Ann. § 51.012 and
§ 51.014 (Vernon 2008); Ruiz v. Ruiz, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.). 
This Court lacks jurisdiction to consider a contempt order on direct appeal. See Vernon v.
Vernon, 225 S.W.3d 179, 180 (Tex.App.--El Paso 2005, no pet.). Given the absence of a final,
appealable order in this case, we dismiss the appeal for lack of jurisdiction.




November 6, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.